UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH A. STELMASZEK,
22009 Deborah Avenue
Port Charlotte, FL 33954
(941) 625-1067

       Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS,
810 VERMONT AVENUE, NW
WASHINGTON, DC 20420

       Defendant.

_____/

Case: 1:19-cv-00172 (I-DECK)
Assigned To : Unassigned
Assign. Date : 1/18/2019
Description: FOIA/Privacy Act



RECEIVED
Mail Room

JAN 1 8 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**COMPLAINT FOR EXPEDITED INJUNCTIVE RELIEF**
**COUNT ONE**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 and/or the Privacy Act, 5 U.S.C. § 552a (g)(1)(A), to order the production of agency records, primarily concerning a copy of the memorialized recording of a disability hearing conducted on October 15, 2018, and a transcript of that hearing, which defendant has withheld from the Plaintiff.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552a (g)(1)(B), and 5 U.S.C. § 552a (g)(1)(D). Additionally, this court has jurisdiction pursuant to 28 U.S.C. § 1331.

3. Plaintiff, KENNETH A. STELMASZEK, is a disabled veteran and is the requester of the records which defendant is now withholding. Plaintiff has requested this information for use in both direct and collateral attack against the Defendant, as well as tort claims against VA government actors in their individual capacity.

4. The plaintiff concedes that within the twenty (20) day requirement of 5 U.S.C. §552(a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(C), defendant Department of Veterans Affairs (hereinafter VA) provided a

seemingly form response letter. (A copy of this letter is attached hereto and hereby incorporated for reference as Plaintiff's Exhibit "1").

5.    As evidenced by plaintiff's Exhibit "1" the demand will be "processed in order of receipt", and "you may expect to receive a **response** as soon as possible". (bold lettering added by plaintiff).  At no point does the letter inform the plaintiff that the defendant made a determination to provide a true and correct copy of the memorialized tape, and the form letter is vague, at best, if they will provide the other documentary evidence.

6.    Pursuant to 5 U.S.C. § 552 (6)(a)(i)(II) the VA is required to have a 'FOIA Public Liaison'. However, Exhibit "1" does not mention this office.  They provide three numbers, one a fax.  The first non-facsimile number, 1-888-533-4558, connects one to the 'Records Center Management' office. They do not know who is the 'VA FOIA Public Liaison'.  The last number is the main VA number and they do not know who is the 'VA FOIA Public Liaison'.

7.    Referencing Title 38 of the Code of Federal Regulations, we find § 1.552 (a) which provides a URL for one to obtain VA FOIA information.  The URL is inoperable.  (A copy showing what one views from this URL is attached hereto as plaintiff's Exhibit "2").

8.    Also, 38 C.F.R. § 1.552 (b), which is entitled *Public Liaisons,* states, "VA has made available FOIA Public Liaisons to assist in the resolution of disputes between the agency and the requester.  Contact information for VA's FOIA Public Liaisons can be found on VA's FOIA home page."

9.    The URL provided is inoperable, however, an extensive search reveals the surreptitious VA's FOIA home page is located at https://www.oprm.va.gov/foia/foia_howTo.aspx . (A copy of this URL is attached hereto and hereby incorporated for reference as plaintiff's exhibit "3").

10.  As evidenced by plaintiff's exhibit "3" there is no mention of a Public Liaison on the VA's FOIA home page.  This is typical VA behavior, just ignore the CFR, which is apparently nothing more than

mere guidance for them.[1]

11. The plaintiff also asserts that in an alleged effort to assist veteran's the Federal Rules of Civil Procedure have been relaxed in disability proceedings, which thus results in no discovery requirement. As such, the plaintiff must use the FOIA/Privacy Acts to obtain otherwise normal discovery materials. Instead of assisting the veteran, the relaxation of the rules is being convoluted by the VA to the detriment of the plaintiff.

12. This suit would be moot had the VA allowed the plaintiff to record the proceedings. Rather than comply with a First Amendment protected right, the VA Decision Review Officer (hereinafter DRO) colluded with a member of the VA Police Department to insure the plaintiff did not record the proceeding, seemingly in violation of 18 U.S.C. § 242 (Deprivation of Rights Under Color of Authority), 18 U.S.C. § 1001 (False Statements), 18 U.S.C. § 241 (Conspiracy Against Rights) and/or 18 U.S.C. § 245 (Federally Protected Activities).

13. There must be a reason the federal actors prohibited the plaintiff from recording the proceeding, and it is plausible based on their history that some skullduggery is underfoot.

14. In the plaintiff's Sworn statement in support of his Motion to Proceed In Forma Pauperis, the plaintiff details the devious and convoluted steps taken by VA actors to prohibit the plaintiff from receiving the benefits entitled to as a matter of law. (That statement is hereby incorporated as plaintiff's Exhibit "4").

15. This incontrovertible pattern clearly suggests that the VA is devoid of the veracity required to provide a true and correct copy of the recorded proceedings.

16. The plaintiff also asserts that the recording of the hearing will clearly show the adversarial nature of this alleged non-adversarial proceeding. The representations of the DRO are vivid evidence of the criminal acts committed against the plaintiff.

---

[1] Note that the main VA domain was not changed (va.gov). Thus, even assuming the VA has a valid reason for changing the FOIA address, there is no reason they cannot redirect the inquiry. Their rational for this is inexplicable.

17.  As such the plaintiff demands this court issue an Order mandating the VA immediately make the tape available to be copied, as well as any other remedy the court finds lawful, reasonable, just and/or equitable.

18.  Additionally, should it appear that any portion of the tape be unintelligible, erased or otherwise tampered with, this honorable court should review the recording *in camera* (5 U.S.C. § 552a (g)(3)(A)), and if warranted issue an Order to Show Cause on the defendant.

## COUNT TWO
## DEMAND FOR DAMAGES

19.  The plaintiff hereby incorporates paragraphs one (1) through seventeen (17) supra.

20.  Defendant VA has failed to comply with 5 U.S.C. § 552a (d) (1) by failing to inform the plaintiff how to obtain a copy of the memorialized proceeding that was held on October 15, 2018.

21.  The plaintiff is prejudiced because of this action because he can not timely avail himself of legal remedies absent review of and then the evidentiary usage of the demanded items.

22.  This prejudice has resulted in and continues to result in actual damages, an exact amount to be determined at trial.

23.  Regardless, pursuant to 5 U.S.C. § 552a (g)(3)(A), the plaintiff is entitled to a sum not less than one thousand dollars ($1,000.00).

24.  After a trial on the merits of the case, the plaintiff requests the honorable court issue an Order and Judgment for damages, along with any other relief the court deems just, fair and equitable.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of January, 2019.

KENNETH A. STELMASZEK,
PLAINTIFF

22009 Deborah Avenue
Port Charlotte, FL  33954
(941) 625-1067



## DEPARTMENT OF VETERANS AFFAIRS

November 7, 2018

KENNETH ALLEN STELMASZEK
22009 DEBORAH AVE
PT CHARLOTTE FL 33954

In reply, refer to:
376/JB
File Number:

SSN REDACTED

RECEIVED
Mail Room
JAN 1-8 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Re: Privacy Act Request**

Dear KENNETH STELMASZEK:

The purpose of this letter is to acknowledge we received your Privacy Act request on October 18, 2018. We have assigned the following case number 151468294 to your request. Please refer to this number when communicating with our office about your request.

Your request will be processed in the order of receipt. You may expect to receive a response as soon as possible. This office will be providing your records on a compact disc (CD) for use on your personal computer. Only records of 10 pages or more are eligible for CD printing. The CD can be viewed on all computers through the use of Adobe Reader software, which is available online for free.

To request your responsive record on paper, please mail your request to:

DEPARTMENT OF VETERANS AFFAIRS
RECORDS MANAGEMENT CENTER
ATTN: Paper Copy Request
4300 Goodfellow Blvd., Bldg. 104
ST. LOUIS, MO 63115

You may also fax your request to 1-314-679-3732.

Thank you for your interest in the Department of Veterans Affairs. Customer service is very important to us. If you have questions or concerns regarding your request for records under the Privacy Act, please contact us at 1-888-533-4558 and refer to the assigned case number. You may also check the status of your Privacy Act Request at www.eBenefits.va.gov.

For general questions regarding entitlement to VA benefits, please contact the VA National Call Center at 1-800-827-1000. If you use a Telecommunication Device for the Deaf (TDD), the



PLAINTIFF'S
EXHIBIT " ) "

File Number: SSN REDACTED
STELMASZEK, KENNETH A

Federal number is 711.

Sincerely,

**Records Management Center Director**



# Hmmm...can't reach this page

Try this

- Make sure you've got the right web
  address: http://www.foia.va.gov

- Search for "http://www.foia.va.gov" on Bing

- Refresh the page

Details

PLAINTIFF'S EXHIBIT "2"



| LOCATOR | CONTACT | SEARCH |
|---------|---------|--------|

**U.S. Department of Veterans Affairs** (http://www.va.gov/)

**MORE VA**

Office of Privacy and Records Management (/) » FOIA » FOIA Requests

# FOIA Service

**MENU**

## Requests for Records

The VA has a decentralized system for fulfilling FOIA and Privacy Act requests. The type of information or records you are seeking will determine the location to which your request should be submitted.

Please also note:

If you (or your authorized representative) are requesting copies of VA records pertaining to yourself (i.e., VA claims records,health records, etc.), your request is a Privacy Act request. In accordance with Department of Veterans Affairs policy, all Privacy Act requests must include proof of identity such as a signed notarized statement or a declaration attesting to your identity before we can take appropriate action. If you are requesting records pertaining to another individual who is the subject of the records, you must provide an authorization to act on behalf of the subject. Or by submitting proof that the record subject is deceased (e.g. copy of death certificate or an obituary) If you suspect that your own VA records have been compromised, you need to report this to the VA's Privacy Service at 202-273-5070 or email: privacyservice@va.gov. Please DO NOT send personally identifiable information such as social security numbers or claims numbers via unprotected email, as it puts your information at risk. For FOIA requests addressed to VA Central Office, please scan a copy of your signed request, attach it to your email, and send to the appropriate VA FOIA Service mailbox.

### VA Benefits Records

If you seek compensation benefits records contained within a VA claims folder, or military service medical records in VA's possession (http://www.archives.gov/research/order/standard-form-180.pdf)    , your request will be fulfilled by the VA Records Management Center (http://www.va.gov/directory/guide/facility.asp?ID=5380) as part of the Centralized FOIA/PA initiative.

Requestors should mail or fax their Privacy Act or FOIA requests to the Intake Center in Janesville, Wisconsin:

Department of Veterans Affairs
Claims Intake Center
P.O. Box 4444



Janesville, WI 53547-4444
Fax: 844-531-7818
DID: 608-373-6690

If you seek other benefits records maintained by VA, to include Vocational Rehabilitation & Employment, Insurance, Loan Guaranty or Education Service, you must submit these records to the FOIA/Privacy Act Officer at the VA Regional Office serving the individual's jurisdiction, or to the FOIA/Privacy Act Officer of the Veterans Benefits Administration, VA Central Office.

Find your local VBA regional office (http://www.oprm.va.gov/docs/foia/VBA_FOIA_Directory.xlsx)

## VA Health Records

If you seek medical records, you may submit a FOIA request to the Director of the VA Medical Facility where the individual was last treated or to the FOIA/Privacy Act Officer at Veterans Health Administration, VA Central Office

Find your VHA medical facility (http://www.oprm.va.gov/docs/foia/VHA_FOIA_Directory.xlsx)

## National Cemetery Administration

National Cemetery Administration (NCA) handles records related to the construction and administration of VA cemeteries, the furnishing of Government headstones or markers, the administration of the Presidential Memorial Certificate Program, and the issuance of grants to States for State veterans' cemeteries.

See where to submit your request to NCA (http://www.oprm.va.gov/docs/foia/VACO_FOIA_Offices_Contact_List.pdf)

## Other Administration Records

If you seek any other type of VA record, those records would be maintained by the VA Central Office.

FOIA contacts in VA Central office (http://www.oprm.va.gov/docs/foia/VACO_FOIA_Offices_Contact_List.pdf)

## Military Service Records

Records of veterans or are completely discharged (with no remaining reserve commitment), or who are retired or have died are available at the National Archives and Records Administration , National personnel Records Center, Military Personnel Records (NPRC-MPR).

NPRC-MPR's website (http://www.archives.gov/st-louis/military-personnel/)

## How To...

Submit a FOIA Request (howto_file_foia_request.aspx)
Write a FOIA Request Letter (Sample) (/docs/Sample_FOIA_Request.pdf)      Check the Status of your FOIA Request (howto_check_status_foia_request.aspx) Appeal a FOIA Request (howto_appeal_foia_request.aspx)
Write a Privacy Act Request Letter (Sample) (/docs/Sample_Privacy_Act_Request.pdf)

Kenneth A. Stelmaszek
22009 Deborah Avenue
Port Charlotte, FL  33954
(941) 625-1067

U.S. District Court for the District of Columbia
Angela D. Caesar, Clerk of the District Court
333 Constitution Avenue North West
Washington, D.C.  20001

January 14, 2019

Honorable Clerk,

Enclosed please find three sets of a FOIA/Privacy Act lawsuit I need to file.  Being indigent I have enclosed documents in reference to the waiving of fees.

As the In Propria Persona plaintiff, I am aware of LCvR 5.1 (e) in reference to attachments to pleadings.  In this regard, the plaintiff feels that the four attachments in this lawsuit provide an evidentiary basis which could be used to petition for summary judgment.   In fact, the fourth attachment is my sworn statement.

Hopefully, I have enclosed all the documents you need.  Once I have a case number I shall prepare the paperwork to file electronically, which is just so much easier.

Should you have any questions, please feel free to call me at your convenience.


Respectfully,

Kenneth A. Stelmaszek

